SERENA M. WARNER, ESQ., SB. No. 264799
swarner@akk-law.com
KEVIN J. DEHOFF, ESQ., SB No. 252106
kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys For Defendants YOLO-SOLANO AIR QUALITY MANAGEMENT DISTRICT, GRETCHEN BENNIT, JEFF PINNOW, AND PAUL HENSLEIGH

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPENCER DEFTY, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>YOLO-SOLANO AIR QUALITY MANAGEMENT DISTRICT, ET AL.,<br><br>Defendants. | Case No.: 2:26-cv-01849-DJC-SCR<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT ENTERED AGAINST DEFENDANTS GRETCHEN BENNIT, JEFF PINNOW, AND PAUL HENSLEIGH** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs SPENCER DEFTY, DBA DEFTY FARMS ("Plaintiff") and Defendants GRETCHEN BENNIT, JEFF PINNOW, AND PAUL HENSLEIGH ("Defendants") (collectively, the "Parties") hereby stipulate to set aside the Default against these Defendants:

WHEREAS:

1. Plaintiffs SPENCER DEFTY, DBA DEFTY FARMS and DIAMOND D GENERAL ENGINEERING, INC. Defendants YOLO- SOLANO AIR QUALITY MANAGEMENT DISTRICT, GRETCHEN BENNIT, JEFF PINNOW, AND PAUL HENSLEIGH on May 17, 2026 ("Defendants");

2. Defendants GRETCHEN BENNIT, JEFF PINNOW, AND PAUL HENSLEIGH were served on or about August 10, 2026;

3. The original counsel for Defendants, Matthew Jamie from Matheny Sears, requested and secured an agreement from Plaintiff's counsel to extend the time to respond to the Complaint to September 30, 2026. Although it appears Mr. Jamie intended the extension to apply to all Defendants, the communications identified him as counsel for the District without mention of the individual defendants.

4. Counsel for Plaintiff understood the extension to apply only to Defendant Yolo-Solano Air Quality Management District, not to the individual defendants.

5. On or about September 4, 2026, Defendants retained attorney Serena Warner from Angelo, Kilday & Kilduff as new counsel and defense of the case transition to her. Upon acceptance of the case, Ms. Warner was informed Plaintiff's counsel, Klaus Kolb, had agreed to an extension of the time to respond to the complaint to September 30, 2026, applicable to all defendants and forwarded to her an e-mail between Plaintiff's counsel and the original defense attorney confirming the extension. As such, it was Ms. Warner's understanding that she had until September 30, 2026 to respond to the complaint on behalf of all Defendants.

6. However, while reviewing the docket on September 16, 2026, Ms. Warner

learned of the request by Plaintiff SPENCER DEFTY, DBA DEFTY FARMS for entry of default against the individual Defendants. She immediately called Plaintiff's counsel to confer regarding the prior extension approval and request for entry of default. She informed Mr. Kolb on the voicemail the individual Defendants intended to respond to the complaint. She advised Mr. Kolb she was out of the office for a conference and provided her cell phone number.

7. Ms. Warner also contacted Defendants' original attorney Mr. Jamie, who confirmed to her that it was his understanding the September 30, 2026 extension had been as to all Defendants.

8. Ms. Warner made additional attempts to contact Mr. Kolb on September 17, 18, and 21 on his office phone, cell phone, and email in order to meet and confer on the request for entry of default. Although Mr. Kolb returned one of her calls, she did not receive the voicemail until she returned to the office from her conference.

9. Ms. Warner received notice on September 21, 2026 that default had been entered prior to connecting with Plaintiff's counsel to confer.

10. The following day, Ms. Warner and Mr. Kolb were able to connect by phone and discussed what appeared to be a miscommunication between Mr. Kolb and the original defense attorney, Mr. Jamie. The counsel for the parties agreed there was good cause under the circumstances for the default to be set aside.

11. Based on the above-described events and meet and confer efforts between counsel, Plaintiff SPENCER DEFTY, DBA DEFTY FARMS and Defendants GRETCHEN BENNIT, JEFF PINNOW, AND PAUL HENSLEIGH agree to the following, with this Court's approval:

a. The default entered against Defendants GRETCHEN BENNIT, JEFF PINNOW, AND PAUL HENSLEIGH will be set aside;

b. Ms. Warner will prepare an answer on behalf of all Defendants to be filed on or before September 30, 2026.

c. Defendants will also have until September 30, 2026 to respond to the magistrate consent form.

IT IS SO STIPULATED.

Dated: September 23, 2026

KLAUS J. KOLB, LLC

By: */s/ Klaus Kolb (as authorized on 9.24.26)*
KLAUS J. KOLB
Attorney for SPENCER DEFTY, DBA DEFTY FARMS

Dated: September 23, 2026

ANGELO, KILDAY & KILDUFF, LLP

By: */s/ Serena M. Warner*
SERENA M. WARNER
Attorneys for Defendants YOLO-SOLANO AIR QUALITY MANAGEMENT DISTRICT, GRETCHEN BENNIT, JEFF PINNOW, and PAUL HENSLEIGH

**ORDER**

The Court, having good cause, hereby GRANTS the Parties' stipulation to set aside the Default against the Defendants GRETCHEN BENNIT, JEFF PINNOW, and PAUL HENSLEIGH and ORDERS Defendants to respond to the magistrate consent form on or before September 30, 2026.

**IT IS SO ORDERED.**

Dated: September 28, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE